AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 13, 2024**

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| HOPE D.  )  <br> *Plaintiff*  ) <br> v.  ) <br> ) <br> ) <br> MARTIN O'MALLEY, <br> Acting Commissioner of Social Security, <br> *Defendant* | Civil Action No.  1:23-CV-3076-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for EAJA Attorney's Fees (ECF No. 28) is GRANTED. The Commissioner is directed to pay EAJA fees in the amount of $17,563.71 for attorney's fees.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE  on a Motion for Attorney's Fees.

Date: 9/13/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham